[No. 37998-4-I.    Division One.    September 22, 1997.]

SCOTT MANTZ ASSOCIATES, INC., *Respondent*, v.
ENAYAT AZIZ, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-13922-1, Jim Bates, J., entered December
11, 1995. *Affirmed* by unpublished per curiam opinion.


[No. 38156-3-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
EDWARD FRANCK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00327-0, Richard M. Ishikawa, J., entered
February 12, 1996. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Baker, C.J., and Coleman, J.


[No. 38237-3-I.    Division One.    September 22, 1997.]

REGIONAL DISPOSAL COMPANY, *Appellant*, v. KING
COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-19696-1, Sally Phillips Pasette, J.,
entered February 2, 1996. *Reversed* by unpublished
opinion per Grosse, J., concurred in by Baker, C.J., and El-
lington, J.


[Nos. 38480-5-I; 39488-6-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
JAMES WHITE, *Appellant*.

*In the Matter of the Personal Restraint of* KENNETH
J. WHITE, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07254-9, Steven G. Scott, J., entered
March 15, 1996 together with a petition for relief from
personal restraint. Judgment *affirmed* and petition
*dismissed* by unpublished opinion per Cox, J., concurred
in by Coleman and Webster, JJ.